**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **PROTHERICS, INC.** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:09-cv-01545-ESH |
| **HON. DAVID J. KAPPOS,**<br>Under Secretary of Commerce for<br>Intellectual Property & Director<br>of the United States Patent &<br>Trademark Office | ) ) ) ) ) ) ) | |
| **Defendant.** | ) ) | |

## UNOPPOSED MOTION FOR REMAND

Defendant the Honorable David J. Kappos, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("Defendant" or "USPTO"), by and through undersigned counsel, respectfully moves the Court to remand the above-styled action to the USPTO for further proceedings. On May 5, 2010, pursuant to Local Civil Rule 7(m), counsel for Defendant, AUSA David C. Rybicki, contacted Plaintiff's counsel, Lawrence Green, Esq., who indicated that he does not oppose the relief requested herein.

Plaintiff Protherics, Inc. ("Protherics") brings this action against USPTO pursuant to 35 U.S.C. § 145 and challenges the USPTO's rejection of the invention claimed in U.S. Patent Application Serial No. 08/405,454 ("the '454 Application") as obvious in view of the prior art under 35 U.S.C. § 103. In its complaint, Protherics alleges it has new evidence not of record in the USPTO establishing the patentability of its claimed invention. See Complaint ¶ 24.

1

Having reviewed the prosecution history of the '454 Application along with Protherics' allegations regarding its new evidence in preparing to answer the complaint, the USPTO believes that remand to the agency is warranted.  Remand will allow the agency to consider Protherics' new evidence in the first instance and to evaluate whether that new evidence establishes the patentability of Protherics' claimed invention.  The USPTO therefore respectfully moves the Court to remand this case to the agency and to close the case administratively pending further proceedings in the agency.

Should the Court see fit, the USPTO also respectfully submits that it will provide the Court with a report regarding the status of the '454 Application within thirty (30) days of a final decision by the USPTO concerning the patentability of Protherics' claimed invention.


Dated: May 10, 2010

                                            Respectfully submitted,

                                            RONALD C. MACHEN JR., D.C. Bar #447889
                                            United States Attorney
                                            for the District of Columbia

                                            RUDOLPH CONTRERAS, D.C. Bar #434122
                                            Chief, Civil Division

                                            BY:    /s/  David C. Rybicki
                                            DAVID C. RYBICKI, D.C. Bar #976836
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            Civil Division
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            Phone: (202) 353-4024
                                            Fax:    (202) 514-8780

Of counsel:
JANET A. GONGOLA
FRANCES M. LYNCH

Associate Solicitors
Office of the Solicitor
United States Patent & Trademark Office