UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROTHERICS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-1545 (ESH) |
| ) | |
| DAVID KAPPOS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's Unopposed Motion for Remand [dkt. #11], and the record herein, it is hereby

**ORDERED** that the joint motion is **GRANTED**; and it is further

**ORDERED** that this matter is **REMANDED** to the United States Patent and Trademark Office for further proceedings.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: May 11, 2010